# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATTY EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV307 |
| vs. ) | |
| ) | ORDER |
| PORTS PETROLEUM COMPANY, ) | |
| INC., d/b/a/ FUEL MART, ) | |
| ) | |
| Defendant. ) | |

The parties have filed a motion to extend the deadlines originally proposed in their planning report.

**IT IS ORDERED** that the motion (#14) is granted, and the Planning Report (#9) and Initial Progression Order (#10) are hereby amended as follows:

1. The parties are given until January 10, 2006 to file motions to amend pleadings or add parties.

2. The planning conference now set for January 19, 2006 is continued to March 2, 2006 at 9:30 a.m., in chambers. Counsel may contact chambers in advance, at 402-661-7340, to arrange to hold the conference by telephone.

3. All other deadlines listed in the Planning Report (#9) are extended as requested.

**DATED December 2, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**