IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PATTY EDWARDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CV307** |
| v. | ) | |
| | ) | **ORDER AND** |
| **PORTS PETROLEUM COMPANY, INC.** | ) | **NOTICE OF HEARING** |
| **d/b/a FUEL MART,** | ) | |
| | ) | |
| Defendant. | ) | |

Attorney Jill K. Harker has filed a MOTION TO WITHDRAW as plaintiff's counsel (#16). Because substitute counsel has not entered an appearance, the matter will be set for hearing.

**IT IS ORDERED:**

1.   The motion to withdraw (#16) is set for evidentiary hearing on **Monday, March 27, 2006 at 3:00 p.m.** in Courtroom 6, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

2.   Jill K. Harker and plaintiff, Patty Edwards, are required to personally attend the hearing.

3.   Moving counsel shall forthwith serve copies of the MOTION TO WITHDRAW and this ORDER AND NOTICE OF HEARING on Patty Edwards at her last known address **by certified mail, return receipt requested.**

4.   Moving counsel shall timely file proof of service showing compliance with paragraph 3, above, and listing the names and addresses of the persons to whom notice was sent.

5.   The parties are advised that the hearing will not be necessary and will be cancelled if (a) the motion is withdrawn, or (b) plaintiff retains substitute counsel and substitute counsel enters a written appearance by **1:00 p.m. on Friday, March 24, 2006**. The written appearance must be timely filed with the Clerk of the Court. Communication by facsimile or telephone will not satisfy the requirement of a written appearance.

**DATED February 23, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**