# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATTY EDWARDS, | ) |
|               Plaintiff, | ) ) )     8:05CV307 |
| vs. | ) )     ORDER |
| PORTS PETROLEUM COMPANY, INC., d/b/a/ FUEL MART, | ) ) ) |
|               Defendant. | ) |

      This matter is before the court on the parties' joint Motion for Enlargement of Time (#18), requesting the extension of certain deadlines adopted on December 2, 2005 (#14 & #15). Plaintiff's attorney has also filed a motion for leave to withdraw, which will be heard on March 27, 2006.

      **IT IS ORDERED:**

      1. The Motion for Enlargement of Time (#18) is granted.

      2. The March 2, 2006 planning conference is cancelled and will be rescheduled by further order after counsel's Motion to Withdraw (#16) is resolved. A final progression order will also be entered after the planning conference is held.

      **DATED March 1, 2006.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**